AO 91 (Rev. 8/01) Criminal Complaint          Case 7:14-mj-01460   Document 1   Filed in TXSD on 07/30/14   Page 1 of 3          United States District Court
Southern District of Texas

JUL 30 2014

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.

**Felix Carrizales-Segura**   *Principal*      the United Mexican States
A071 512 556   YOB: 1979

**Martin Carrizales-Segura**   *Co-Principal*   the United Mexican States
A071 512 557   YOB: 1973

## CRIMINAL COMPLAINT

Case Number:
**M-14-1460-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 28, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Lorenso Gabriel Velasquez-Colindres, citizen of Honduras, and Luis Ernesto Trujillo-Vallecillo, citizen and national of Mexico, along with sixteen (16) other undocumented aliens, for a total of eighteen (18), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On July 25, 2014, FIST Agents received information from the San Juan Police Department regarding a possible stash house located at 2016 Cougar Street in San Juan, Texas.**

**On July 28, 2014, while conducting surveillance at 2016 Cougar Street, agents followed a white Chevrolet minivan from the residence to the Foy's Supermarket parking lot in Mission, Texas. There, they observed people exiting a tan Chevrolet Trailblazer and boarding the white Chevrolet minivan. The minivan departed Foy's Supermarket and headed back towards San Juan.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by
Joseph T. Leonard

Signature of Complainant
Derek Conrow     Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 30, 2014        8:44 a.m. at   McAllen, Texas
Date                                  City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer     Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

#### M-14-1460-M

RE:     **Felix Carrizales-Segura**                      A071 512 556
            **Martin Carrizales-Segura**                    A071 512 557

**CONTINUATION:**

Sergeant Garcia, from the San Juan Police Department, conducted a vehicle stop on the minivan for an improper turn. Agents arrived and found the driver, identified as Martin CARRIZALES-Segura, was illegally in the United States. The four people in his car also admitted to being illegally in the United States. CARRIZALES stated he resides at the residence that agents saw him leave, however he would not give agents consent to search the residence. Martin CARRIZALES and the four illegal aliens were transported to the Weslaco Border Patrol Station for processing.

While the interview with Martin CARRIZALES was taking place, other agents observed a Chevrolet Malibu arrive at 2016 Cougar Street, and leave five minutes later. Sergeant Garcia conducted a traffic stop for disregarding a stop sign, The driver, identified as Felix CARRIZALES-Segura, was given a citation for no driver's license. CARRIZALES admitted he is the caretaker of 2016 Cougar Street, he has delivered food, and there were approximately 11 illegal immigrants inside the house. Felix CARRIZALES gave agents consent to enter the property.

At approximately 6:00 pm, RGV FIST, HSI, and San Juan Police Department conducted a knock and talk at 2016 Cougar Street, and apprehended an additional 14 undocumented aliens. All 14 were transported to the Weslaco Border Patrol Station for processing.

**PRINCIPAL'S STATEMENTS:**

Both principles were read their rights. Felix CARRIZALES-Segura stated he was willing to provide a statement without the presence of an attorney. Martin CARRIZALES-Segura was not willing to provide a statement without the presence of an attorney.

Felix CARRIZALES stated the house where the illegal aliens were found belonged to his mother who passed away 3 years ago. CARRIZALES stated he was aware the people were illegally in the country. He was being paid to feed the people by a man known to him as Perro. According to CARRAZALES, he would take food to the illegal aliens twice a week. Additionally, he was in charge of finding drivers to transport the people to and from the house. On the day of his arrest, he hired his brother, Martin CARRIZALES-Segura, to pick up four undocumented aliens. The drivers that he hired received $15 per person they transported.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-1460-M**

RE:     Felix Carrizales-Segura                A071 512 556
        Martin Carrizales-Segura             A071 512 557

**CONTINUATION:**

**MATERIAL WITNESS STATEMENTS:**

Both material witnesses were read their rights. Both stated they understood their rights and were willing to provide a statement without the presence of an attorney.

1- Lorenso Gabriel Velasquez-Colindres stated he made his illegal entry into the United States by crossing the Rio Grande River. His father was going to pay $5000 (USD) for him to be smuggled to Miami, Florida. Velasquez stated that after crossing the river, he was told to board a white minivan. CARRIZALES was driving the minivan and transported him to the house where he was arrested. Upon arrival at the stash house, Martin CARRIZALES instructed him to go inside and find a place to sleep. Velasquez stated he was at the house for a day and a half, living with the same people, until, on the day of his arrest, Felix CARRIZALES-Segura arrived and dropped off three more people. He stated he knew CARRIZALES was not one of the smuggled aliens due to the fact CARRIZALES told the three to find a spot in the house to stay, and then brought Pepto Bismol to a child in the house who's stomach was hurting. Velasquez identified Martin CARRIZALES in a photo lineup as the person who transported him to the house in the white minivan. He also identified Felix CARRIZALES in a photo lineup as the person who dropped of three illegal aliens at the stash house the day he was arrested.

2- Luis Ernesto Trujillo-Vallecillo stated he made his illegal entry into the United States by crossing the Rio Grande River. He paid $3000 (USD) to be smuggled to Modesto, California. After crossing the river, he called a man to pick him up, and stayed with that man for two days. That man eventually dropped him off with Felix CARRIZALES. CARRIZALES then transported Trujillo to a parking lot where CARRIZALES picked up two additional people. CARRIZALES then transported them to the house where Trujillo was arrested. According to Trujillo, he was at the house for about a half an hour before agents arrived and arrested him.